UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIM BOWEN, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| MEMORIAL HERMANN MEDICAL GROUP, | § § § | Civil Action No.: 4:25-cv-06033 |
| MEMORIAL HERMANN HEALTH SYSTEM, | § § § § | |
| & | § § | |
| L J ROSS ASSOCIATES, INC., | § § § | |
| *Defendants.* | § § § | |

## JOINT NOTICE OF SETTLEMENT

**JOINT NOTICE IS HEREBY GIVEN** that Plaintiff Tim Bowen ("Plaintiff" or "Mr. Bowen") and Defendant LJ Ross Associates, Inc. ("LJ Ross") have settled all claims between them in this matter. The parties have agreed to all material terms and are in the process of signing final settlement documents. Plaintiff and LJ Ross expect to file a Stipulated Dismissal with Prejudice within the next 30 days.

Plaintiff and LJ Ross also requests that the Court vacate all pending deadlines related to LJ Ross in this matter. Plaintiff also requests that the Court retain

jurisdiction for any matters related to completing and enforcing the settlement with

LJ Ross.

Dated: February 27, 2026                    Respectfully submitted,


By:    /s/ Tod A. Lewis
       _____
       Tod A. Lewis (Texas Bar #24091999)
       **Tod Lewis Law, PLLC**
       13267 Darwin Lane
       Austin, TX 78729-6464
       512-739-0390 (cell)
       1-737-205-1291 (facsimile)
       Tod@texasfaircredit.com

       Attorney for Plaintiff

       */s/ Megan Tilton*
       Megan Tilton
       **Bassford Remele**
       100 South 5th Street, Suite 1500
       Minneapolis, MN 55402-1254
       612-333-3000
       612-376-1664 (direct)
       mtilton@bassford.com

       Attorneys for Defendant
       LJ Ross Associates, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users, but also by email to the defendants who are not yet in the system.

By: /s/ Tod A. Lewis